UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICARDO ELIZALDE MONTOYA, | ) | 1:05-CV-1372 AWI LJO HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME TO PAY FILING FEE |
| W. J. SULLIVAN, Warden, | ) | [Doc. #11] |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 3, 2006, the District Court issued an order denying Petitioner's application to proceed in forma pauperis and directed Petitioner to pay the filing fee within thirty (30) days. On March 13, 2006, Petitioner filed a response to the order wherein Petitioner states that he "hereby forwards the sum of five dollar[s] ($5.00) as ordered" by the Court. However, Petitioner did not submit the five dollar filing fee. Accordingly, Petitioner is GRANTED twenty (20) days from the date of service of this order to submit the fee. Petitioner is advised that failure to do so will result in a recommendation that the action be dismissed for failure to comply with a court order.

IT IS SO ORDERED.

**Dated:    April 27, 2006**                        **/s/ Lawrence J. O'Neill**
23ehd0                                              UNITED STATES MAGISTRATE JUDGE